

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ELTON WILLIAMS, #98912-071,

    Petitioner,

v.                       ACTION NO. 2:09cv414

PATRICIA R. STANSBERRY, WARDEN,

    Respondent.

## FINAL ORDER

This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2241. The petition alleges violation of federal rights pertaining to petitioner's sentencing, and in particular his classification as an armed career criminal and to the search and seizure of evidence that resulted in his arrest.

The matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for report and recommendation. The report of the Magistrate Judge was filed on January 5, 2010, recommending dismissal of the petition. The report found that the Petitioner could not proceed under 28 U.S.C. § 2241 because he failed to demonstrate that the remedy provided by 28 U.S.C. § 2255 was inadequate or ineffective. The report also noted that a petition under 28 U.S.C. § 2255 would be both time barred and successive, and the Petitioner established no basis to permit a successive petition.

By copy of the report, each party was advised of his right to file written objections to the findings and recommendations made by the Magistrate Judge. On January 21, 2010, the Court received petitioner's Objections to the Magistrate's Report and Recommendation (Document No. 11).

The Court, having reviewed the record and examined the objections filed by the petitioner to the Magistrate Judge's Report and having made _de novo_ findings with respect to the portions objected to, does hereby adopt and approve the findings and recommendations set forth in the Report of the United States Magistrate Judge filed January 5, 2010, and it is, therefore, ORDERED that the petition be DENIED and DISMISSED and that judgment be entered in favor of the respondent. Petitioner's allegations do not demonstrate the inadequacy of the remedy available under 22 U.S.C. § 2255. Moreover, Petitioner concedes that no change in law or statutory interpretation rendered the conduct considered at sentencing to be "non-criminal" (Pet. Objection, p. 5). The petition puts forth no other basis on which to permit a successive filing under § 2255.

Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a _written_ notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within 60 days from the date of entry of such judgment.

Petitioner Williams has failed to demonstrate "a substantial showing of the denial of a constitutional right," therefore, the Court declines to issue any certificate of appealability pursuant

to Rule 22(b) of the Federal Rules of Appellate Procedure. See Miller-El v. Cockrell, 123 S.Ct. 1029, 1039 (2003).

The Clerk shall mail a copy of this Final Order to the petitioner and to counsel of record for the respondent.

/s/
Rebecca Beach Smith
United States District Judge

UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
February 17, 2010